IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LONDELL BOND | : | |
|     *Petitioner*, | | |
| v. | : | CIVIL ACTION<br>NO. 13-1553 |
| JEROME WALSH; THE DISTRICT ATTORNEY OF THE COUNTY OF PENNSYLVANIA and THE ATTORNEY GENERAL OF THE STATE OF PHILADELPHIA | : | |
|     *Respondents*. | : | |

**ORDER**

AND NOW, this 24th day of November 2020, upon consideration of: Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1); the Commonwealth's Response thereto (ECF No. 9); Petitioner's Reply to the Commonwealth's Response (ECF No. 12); the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 35), Petitioner's Objections to the Report and Recommendation (ECF Nos. 39, 54); and, the Commonwealth's Response thereto (ECF No. 48), it is hereby ORDERED as follows:

    (1)    The Report and Recommendation is APPROVED and ADOPTED in accordance with this Court's accompanying Memorandum;

    (2)    The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED; and,

    (3)    A Certificate of Appealability SHALL NOT ISSUE, as there exists no basis for same.

BY THE COURT:

/s/ C. Darnell Jones, II   J.